IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | C.A. No. |
| SCREENTONE SYSTEMS CORP., ACACIA PATENT ACQUISITION CORP., ACACIA RESEARCH CORP., and PAUL S. SNYPP, | § § § § § § | |
| Defendants. | § | |

## RULE 7.1 DISCLOSURE STATEMENT FOR PLAINTIFF KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.

Plaintiff Konica Minolta Business Solutions U.S.A., Inc. hereby discloses the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Konica Minolta Business Solutions U.S.A., Inc., is a corporation organized and existing under the laws of the State of New York. Konica Minolta Business Solutions U.S.A., Inc. is a wholly owned subsidiary of Konica Minolta Holdings U.S.A., Inc., a corporation organized and existing under the laws of the State of New Jersey. Konica Minolta Holdings U.S.A., Inc. is owned by several parent corporations including: Konica Minolta Holdings, Inc., Konica Minolta Business Technologies, Inc., Konica Minolta Photo Imaging, Inc., Konica Minolta Medical & Graphic, Inc., Konica Minolta Technology Center, Inc., and Konica Minolta Sensing, Inc., each of which are corporations organized under the laws of the country of Japan. Konica Minolta Business Technologies, Inc., Konica Minolta Photo Imaging, Inc., Konica Minolta Medical & Graphic, Inc., Konica Minolta Technology Center, Inc., and Konica Minolta Sensing, Inc. are wholly owned subsidiaries of Konica Minolta Holdings, Inc. Konica Minolta

Holdings, Inc. is a corporation publicly traded on the Tokyo Stock Exchange and owns more than 10% of the stock of Konica Minolta Holdings U.S.A., Inc.

MORRIS NICHOLS ARSHT & TUNNELL LLP

*Thomas C. Grimm*
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
tgrimm@mnat.com
*Attorneys for Plaintiff*

OF COUNSEL:

Thomas N. Tarnay
Texas State Bar No.: 24003032
SIDLEY AUSTIN, LLP
717 N. Harwood, Suite 3400
Dallas, TX 75204
(214) 981–3300

October 1, 2007
1250437