AO 440 (Rev. 8/01) Summons in a Civil Action

ORIGINAL

# UNITED STATES DISTRICT COURT

District of Delaware

KONICA MINOLTA BUSINESS SOLUTIONS
U.S.A., INC.,
        Plaintiff,

V.

SCREENTONE SYSTEMS CORP., ACACIA PATENT
ACQUISITION CORP., ACACIA RESEARCH CORP.,
and PAUL S. SNYPP,

        Defendants.

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-602

TO: (Name and address of Defendant)

PAUL S. SNYPP
c/o Delaware Secretary of State
401 Federal Street, Suite 4
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas C. Grimm, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

an answer to the complaint which is served on you with this summons, within   Twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

CLERK

(By) DEPUTY CLERK

DATE    10/2/07

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10/03/07 |
| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: PAUL S. SNYPP C/O THE DELAWARE SECRETARY OF STATE  TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/03/07
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

ALSO SERVED:
CIVIL COVER SHEET, RULE 7.1 DISCLOSURE STATEMENT & NOTICE OF AVAILABILITY
OF OS U.S. MAGISTRATE JUDGE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.