**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC.,<br><br>    Plaintiff,<br><br>    *v.*<br><br>SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 07-602-GMS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of David A. Skeels to represent Defendants, Screentone Systems Corporation,

Acacia Patent Acquisition Corporation, Acacia Research Corporation and Paul S. Snypp, in this

matter.

OBERLY, JENNINGS & RHODUNDA, P.A.

Dated: 10/12/07

_Karen V. Sullivan_
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE  19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
ksullivan@ojlaw.com

Attorneys for Defendants Screentone Systems
Corporation, Acacia Patent Acquisition
Corporation, Acacia Research Corporation and
Paul S. Snypp

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, the United States Courts of Appeal for the Fifth Circuit, and the United States District Court for the Northern District of Texas and Southern District of Texas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the $25.00 annual pro hac vice fee will be submitted to the Clerk's office upon the filing of this motion.

Dated: 10/12/07

David A. Skeels
Friedman Suder & Cooke
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400 – Telephone
(817) 334-0401 – Facsimile

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of David A. Skeels is granted.


Dated: _____                    _____
                                            United States District Judge