### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, <br><br> Defendants. | Case No. 07-602-GMS |

### STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

WHEREAS, the deadline for Defendants to answer or otherwise respond to the Complaint for Declaratory Judgment (the "Complaint") is October 23, 2007;

WHEREAS, the Defendants desire additional time in order to prepare a thorough response to the Complaint.

IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court, that the deadline for Defendants to answer or otherwise respond to the Complaint is extended until November 21, 2007.

2

| MORRIS NICHOLS ARSHT & TUNNELL LLP | OBERLY, JENNINGS & RHODUNDA, P.A. |
|---|---|
| /s/ Thomas C. Grimm<br>Thomas C. Grimm (No. 1098)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200 – Telephone<br>tgrimm @mnat.com<br><br>Attorneys for Plaintiff Konica Minolta Business Solutions U.S.A., Inc. | /s/ Karen V. Sullivan<br>Karen V. Sullivan (No. 3872)<br>1220 Market Street, Suite 710<br>P.O. Box 2054<br>Wilmington, DE  19899<br>(302) 576-2000 – Telephone<br>(302) 576-2004 – Facsimile<br>ksullivan@ojlaw.com<br><br>Attorneys for Defendants Screentone Systems Corporation, Acacia Patent Acquisition Corporation, Acacia Research Corporation and Paul S. Snypp |

It is SO ORDERED this _____ day of October, 2007.

_____