IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> SCREENTONE SYSTEMS CORP., ACACIA PATENT ACQUISITION CORP., ACACIA RESEARCH CORP., and PAUL S. SNYPP, <br><br> Defendants. | C.A. No. 07-602-GMS |

## DECLARATION OF MAILING

Thomas C. Grimm declares as follows:

1. I am a partner at the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel to plaintiff in this action.

2. Defendant Paul S. Snypp ("Snypp") is an individual residing in Federal Way, Washington.

3. The Alias Summons and Complaint for Declaratory Judgment ("Complaint") in this action were served on defendant Snypp on October 3, 2007, pursuant to 10 *Del. C.* § 3104, by hand delivery to the Delaware Secretary of State, together with the statutory fee of $2.00. A copy of the Alias Summons, showing the service on the Secretary of State, was filed with the Court on October 4, 2007.

4. On October 4, 2007, copies of the Alias Summons and Complaint were sent by registered mail to Paul S. Snypp, 31606 45th PL SW, Federal Way, WA 98023, together with a notice stating that the service of the originals of such process had been made upon the

Delaware Secretary of State, and that under 10 *Del. C.* § 3104, such service is as effectual to all intents and purposes as if it had been made upon Snypp personally within this state. *See* Exhibit A.

5. The registered mail return receipt that I received on October 18, 2007, shows that Snypp received and accepted the Alias Summons, Complaint and notice. *See* Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

October 18, 2007
1279102

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 18, 2007 upon the following individuals in the manner indicated:

**BY E-MAIL & HAND DELIVERY**

Karen V. Sullivan
OBERLY, JENNINGS & RHODUNDA, P.A.
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899

**BY E-MAIL**

Edward R. Nelson, III
David A. Skeels
FRIEDMAN SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, TX 76102

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)
tgrimm@mnat.com

1279102

# EXHIBIT A

# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

October 4, 2007

**REGISTERED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Paul S. Snypp
31606 45th PL SW
Federal Way, WA 98023

      Re:   *Konica Minolta Business Solutions U.S.A., Inc. v.*
              *Screentone Systems Corp., et al.*, C.A. No. 07-602

Dear Mr. Snypp:

      This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the United States District Court for the District of Delaware.

      Please be advised that the Alias Summons and Complaint for Declaratory Judgment have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you. Under the provisions of 10 *Del. C.* § 3104, such service is effective for all intents and purposes as if it had been made upon you personally within this State.

      Enclosed is a copy of the Alias Summons, Complaint for Declaratory Judgment, and other related documents as served on the Secretary of State, which explains the basis of the lawsuit.

                                        Sincerely yours,

                                        Thomas C. Grimm

TCG
Enclosures
   cc:   Thomas N. Tarnay, Esquire (via email, w/out encls.)

| Registered No. RA 614 328 720 US | | Date Stamp |
|---|---|---|
| Reg. Fee $9.50 | Special Delivery $ | SIDNEY SQ STA WILMINGTON USPS OCT 5 2007 10/05/07 |
| Handling Charge $0.00 | Return Receipt $2.15 | |
| Postage $32.33 | Restricted Delivery $0.00 | |
| Received by [signature] | | |
| Customer Must Declare Full Value $0.00 | ☐ With Postal Insurance  ☐ Without Postal Insurance | $25,000; International Indemnity is Limited (See Reverse) |

FROM: Thomas C. Grimm, Esq.
Morris Nichols, Arsht + Tunnell LLP
P.O. Box 1347
Wilmington, DE 19899-1347

TO: Mr. Paul S Snypp
31606 45th PL SW
Federal Way, WA 98023

PS Form 3806, June 2000    Receipt for Registered Mail    (Customer Copy)
(See Information on Reverse)

# EXHIBIT B

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | | |
|---|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Paul S. Snypp* | ☐ Agent<br>☐ Addressee | |
| | B. Received by ( *Printed Name* )<br>Paul S. Snypp | C. Date of Delivery<br>10/12/07 | |
| 1. Article Addressed to:<br><br>Mr. Paul S. Snypp<br>31606 45th PL SW<br>Federal Way WA<br>       98023 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☒ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | | |
| | 4. Restricted Delivery? *(Extra Fee)* | | ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | | 102595-02-M-1540 |