# OBERLY, JENNINGS & RHODUNDA, P.A.

1220 Market Street - Suite 710
P. O. Box 2054
Wilmington, Delaware 19899

Charles M. Oberly, III
Kathleen M. Jennings
William J. Rhodunda, Jr.
-----------
Karen V. Sullivan
Chandra J. Rudloff

(302) 576-2000
Fax (302) 576-2004
E.I.No. 51-0364261
Writer's e-mail ksullivan@ojlaw.com

October 22, 2007

Via CM/ECF & U.S. Mail
The Honorable Gregory M. Sleet
United States District Court
844 North King Street, Room 4324
Lock Box 19
Wilmington, DE 19801

Via CM/ECF & U.S. Mail
The Honorable Leonard P. Stark
United States District Court
844 North King Street, Room 2325
Lock Box 26
Wilmington, DE 19801

Re: Heidelberg USA, Inc. v. Screentone Systems Corp., et al.
C.A. No. 07-601-***

Konica Minolta Business Solutions U.S.A., Inc. v. Screentone Systems Corp., et al.; C.A. No. 07-602-GMS

Dear Chief Judge Sleet & Judge Stark:

    I represent the Defendants in the above-captioned cases that were filed on October 1, 2007. I write to bring to the Court's attention that the cases are related. Both cases are declaratory judgment actions against the same Defendants regarding the same patent. Case number 07-601-GMS is assigned to Chief Judge Sleet; Case number 07-602-*** is assigned to the vacant judicial seat. Both cases are assigned to Judge Stark for pretrial matters. I respectfully suggest that judicial resources would be conserved by assigning both cases to the same district judge.

    I am available at the convenience of the Court to answer any questions.

Respectfully submitted,

*[signature]*

**KAREN V. SULLIVAN (No. 3872)**

KVS/alv
cc: Dr. Peter T. Dalleo, Clerk (via CM/ECF & U.S. Mail)
    Steven J. Balick, Esquire (via CM/ECF & U.S. Mail)
    Thomas C. Grimm, Esquire (via CM/ECF & U.S. Mail)