# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

January 15, 2008

The Honorable Leonard P. Stark               **_VIA ELECTRONIC FILING_**
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Konica Minolta Business Solutions U.S.A., Inc. v. Screentone
      Systems Corp., et al.*, C.A. No. 07-602-GMS

Dear Judge Stark:

This is submitted in response to your order of January 8, 2008 instructing Konica Minolta to submit a letter on its position regarding the motion filed by Screentone Systems Corporation to Stay or Transfer Pending Resolution of Issues by the Eastern District of Texas, the First-Filed Court, or, in the Alternative, Motion to Dismiss (D.I. 15), in light of the motion filed with the Judicial Panel on Multidistrict Litigation by Canon U.S.A., Inc., Eastman Kodak Company, Panasonic Corporation of North America; Ricoh Americas Corporation; Kyocera Mita America, Inc., and Konica Minolta Business Solutions Inc. (MDL No. 1926 – In Re: Halftone Color Separations ('809) Patent Litigation).

Konica Minolta does not oppose a stay of this action until the time that the Judicial Panel on Multidistrict Litigation rules on the pending motion for MDL treatment.

Absent MDL treatment of this and the related matters, for the reasons stated in its opposition brief, Konica Minolta believes that the present dispute between the parties is properly before this Court and Konica Minolta opposes a stay of this matter pending resolution of issues by the Eastern District of Texas, should those issues not otherwise be resolved in the interim.

Respectfully,

*Thomas C Grimm*
Thomas C. Grimm (#1098)

cc:   Clerk of the Court (by hand)
      Thomas N. Tarnay, Esq. (by email)
      Karen V. Sullivan, Esq. (by efiling & email)
      Edward R. Nelson, III, Esq. (by email)