IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDELBERG USA, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. No. 07-601-GMS-LPS |
| SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, | ) ) ) ) ) ) | |
| Defendants. | ) | |
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 07-602-GMS-LPS |
| SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## UNOPPOSED ORDER STAYING PROCEEDINGS

On this 22nd day of January, 2008, the Court having considered the parties' agreement to stay all proceedings until the time that the Judicial Panel on Multidistrict Litigation rules on the pending motion filed by Canon U.S.A., Inc., Eastman Kodak Company, Panasonic Corporation of North America, Ricoh Americas Corporation, Kyocera Mita America, Inc. and Konica Minolta Business Solutions, Inc. in *In re: Halftone Color Separations ('809) Patent Litigation*, MDL No. 1926 and finding

1

that good cause exists for the granting of the same, IT IS HEREBY ORDERED as follows:

All proceedings in the above-captioned actions are stayed pending receipt by the Court of the decision by the Judicial Panel on Multidistrict Litigation in *In re: Halftone Color Separations ('809) Patent Litigation*, MDL No. 1926. Counsel for Konica Minolta Business Solutions, Inc. shall provide to the Court a copy of the decision of the Judicial Panel on Multidistrict Litigation within ten (10) days of the date of issuance. If the Judicial Panel on Multidistrict Litigation does not order transfer of the above-captioned actions, then this stay shall terminate, and the Court shall thereafter consider the Defendants' Motion to Stay or Transfer Pending Resolution of Issues by the Eastern District of Texas, or, in the Alternative, Motion to Dismiss (D.I. 16).

_____
THE HONORABLE LEONARD P. STARK