**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., ) ) ) ) Plaintiff, ) ) v. ) ) SCREENTONE SYSTEMS ) CORPORATION, ACACIA PATENT ) ACQUISITION CORPORATION, ) ACACIA RESEARCH CORPORATION, ) and PAUL S. SNYPP, ) ) Defendants. ) | Case No. 07-602-GMS |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

**PLEASE TAKE NOTICE THAT**, Edward R. Nelson, III, counsel admitted pro hac vice for Defendants in the above-captioned case has changed firms.  Mr. Nelson's new information is as follows:

> Nelson Bumgardner Casto, P.C.
> 5601 Bridge Street, Suite 300
> Ft. Worth, TX 76112
> Telephone:  817-377-9111
> Facsimile:  817-377-3494
> Email:  enelson@nbclaw.net

Please revise your records accordingly.

OBERLY, JENNINGS & RHODUNDA, P.A.

 /s/ Karen V. Sullivan
Karen V. Sullivan (No. 3872)
1220 Market Street, Suite 710
P.O. Box 2054
Wilmington, DE 19899
(302) 576-2000 – Telephone
(302) 576-2004 – Facsimile
ksullivan@ojlaw.com

    -and-

Edward R. Nelson, III
Texas State Bar No. 00797142
Nelson Bumgardner Casto, P.C.
5601 Bridge Street, Suite 300
Ft. Worth, TX 76112
(817) 377-9111 – Telephone
(817) 377-3494 – Facsimile
enelson@nbclaw.net

    -and-

David Skeels
Texas State Bar No. 24041925
Friedman, Suder & Cooke
604 East 4th Street, Suite 200
Fort Worth, TX 76102
(817) 334-0400 - Telephone
(817) 334-0401 - Facsimile

Attorneys for Defendants Screentone Systems Corporation, Acacia Patent Acquisition Corporation, Acacia Research Corporation and Paul S. Snypp