IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., <br><br> Plaintiff, <br><br> v. <br><br> SCREENTONE SYSTEMS CORPORATION, ACACIA PATENT ACQUISITION CORPORATION, ACACIA RESEARCH CORPORATION, and PAUL S. SNYPP, <br><br> Defendants. | Case No. 07-602-GMS |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CONTACT INFORMATION

PLEASE TAKE NOTICE, that effective May 1, 2008, the undersigned counsel's firm affiliation and contact information was changed as follows:

Karen V. Sullivan
WolfBlock LLP
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-6928 - Telephone
(302) 778-8906 - Facsimile
ksullivan@wolfblock.com

Please revise your records accordingly.

                          WOLFBLOCK LLP

                          /s/ Karen V. Sullivan
                          Karen V. Sullivan (No. 3872)
                          1100 N. Market Street, Suite 1001
                          Wilmington, DE 19801
                          (302) 777-6928 - Telephone
                          (302) 778-7908 - Facsimile
                          *Attorney for Defendants Screentone*
                          *Systems Corporation, Acacia Patent*
                          *Acquisition Corporation, Acacia Research*
                          *Corporation and Paul S. Snypp*

Dated: May 21, 2008