OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 19, 2008

United States District Court
 for the Central District of CA, Western Division
312 North Spring Street, Room G-8
Los Angeles, CA 90012

    RE:    In Re Halftone Color Separations, MDL No. 1926
               California District Court No. SACV08-406 CJC (ANx)
               Delaware District Court Nos. 07-CV-601 and 07-CV-602 GMS

Dear Sir or Madam:

    Pursuant to the MDL Judicial Panel Order transferring the above captioned cases to your Court, enclosed please find the following items:

    ( X )    Certified copies of the docket sheet for each case

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov.

    Please acknowledge receipt of the above items on the attached copy of this letter.

FILED
MAY 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,

Peter T. Dalleo, Clerk of Court

By: *Mane McDavid*
       Deputy Clerk

Enc.

I hereby acknowledge receipt of the above listed items on   6-4-08  .

*Lori Wagers*
**Signatures**